# Exhibit A

## AFFIDAVIT

I, Bradley Foerster, being duly sworn, state as follows:
- I am a citizen of the United States of America.
- I have no other citizenship status with any other country.
- I am not a foreign agent nor have I ever been employed or affiliated with a foreign government or foreign intelligence service/agency.
- From September to October 2016, Paul Cronin and Allison Cronin drove to 3672 Wellington Cross Road, Ann Arbor, MI and spent numerous nights with Bradley Foerster and Duaa Altaee.
- During these discussions, Allison Cronin and Paul Cronin informed Bradley Foerster and Duaa Altaee that Allison and Paul were members of the Irish Republican Army.
- Paul Cronin also stated that he was educated as an architect not a medical doctor.
- Paul Cronin and Allison Cronin stated that they worked for foreign governments and each had been paid over $10 million which was hidden in offshore bank accounts.
- Paul Cronin stated that he specifically worked for Russian intelligence and has a direct line of communication to Vladimir Putin.
- During the September-October 2016 discussions, Paul Cronin described a conspiracy between Russian intelligence and the Trump campaign to subvert the 2016 U.S. Presidential election.
- Paul Cronin informed Bradley Foerster and Duaa Altaee that the Russians had Kompromat on Donald Trump and there was quid pro quo agreement between Trump and the Russians.
- Paul Cronin stated there was a scheme to hack the actual election count in Trump's favor.
- Paul Cronin stated that Mike Pence and House Speaker Paul Ryan were aware of the plan to subvert the 2016 U.S Presidential Election in Trump's favor.
- Paul Cronin informed Bradley Foerster and Duaa Altaee that several mid-Western governors including Governor Rick Snyder were aware and involved in the Russian-Trump Conspiracy.
- Paul Cronin described a Russian money laundering scheme involving Governor Snyder and the state of Michigan.
- Paul Cronin and Allison Cronin repeatedly asked Brad and Duaa what intelligence agency they worked for. Both Brad and Duaa denied they worked for an intelligence agency.
- Paul Cronin stated for the record that he was of sound body and mind, provided this testimony completely voluntarily, without coercion or blackmail, and without the fear or threat of mental or physical harm.
- From December 2016 to February 2017, Bradley Foerster and Duaa Altaee had numerous phone conversations with Paul Cronin. Some of the phone conversations also involved Myria Petrou (Brad's wife) and Aine Kelly (Paul's wife).
- During these conversations, Paul Cronin stated that Maria Petrou was a Russian agent and that Maria Petrou had transferred $100M worth of properties and assets under Myria's name (without Myria's knowledge) to avoid an investigation. According to Paul, Maria Petrou was running an extensive Russian money laundering operation involving the University of Michigan, PNC Bank, the Greek Orthodox Church, and the Bank of Ann Arbor.
- Paul Cronin also stated that he had a close relationship with then FBI Director James Comey and that James Comey was involved facilitating/covering-up the Russian interference in the 2016 U.S. President election.
- From May to June 2017, Bradley Foerster and Duaa Altaee had numerous conversations with Paul Cronin and Allison Cronin at 1103 Freesia Court, Ann Arbor, MI. Aine Kelly was also involved in some of the discussions.
- Paul Cronin provided additional details regarding Maria Petrou being a high level Russian agent including the statement that Maria Petrou has a direct line to Vladimir Putin.
- Paul Cronin stated that both Jeff Sessions and Neil Gorsuch were part of the Russian-Trump Conspiracy and cover-up plan.

Further affiant sayeth not.

I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE STATEMENTS ABOVE ARE TRUE AND COMPLETE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF

_____ Date 9-1-18

State of California)
    )SS:
County of _____)

On the _____ day of _____, 20____, before me a notary public, the undersigned officer, personally appeared known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained. In Witness hereof, I hereunto set my hand and official seal.

Notary Certificate Attached

Notary Public

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Sonoma

On September 1, 2018 before me, **Kimberly K Matherly, Notary Public,** personally appeared ___Bradley Foerster___

who proved to me on the basis of satisfactory evidence to be the persons(s) whose name(s) is / are subscribed to the within instrument and acknowledged to me that he / she / they executed the same in his / her / their authorized capacity(ies), and that by his / her / their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Kimberly E Matherly_

KIMBERLY K. MATHERLY
COMM. #2112099
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires June 14, 2019

*****************************************************************

CAPACITY CLAIMED BY SIGNER

(X) Individual

( ) Corporate _____(Title)

( ) Partners – ( ) Limited   ( ) General

( ) Attorney-in-fact

( ) Trustee(s)

# Exhibit B




**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

# Office of Inspector General

WASHINGTON, DC  20201

FOIA Request 2021-0679

Freedom of Information Office
Cohen Bldg., Suite 5541A
330 Independence Ave., SW
Washington DC 20201

July 14, 2021

**By Email.**
Myria Petrou
1 University Way, #114
Iowa City, IA 52246
Email: petroumyria75@gmail.com

Dear Ms. Petrou:

This is in response to the May 23, 2021, Freedom of Information Act ("FOIA") request you submitted to the Department of Health and Human Services ("HHS"), Office of Inspector General ("OIG"), seeking all complaints regarding NIH RO1 Grant NS082304 submitted by Bradley Foerster, Duaa Altaee and/or Myira Petrou from July 1 2014 to July 10 2017.

This office located two (2) pages responsive to your request for complaints submitted by Myria Petrou; I have determined to partially release both pages with portions withheld under FOIA Exemptions (b)(6) and (b)(7)(C).

I can neither confirm nor deny the existence of records which would be responsive to your request for complaints submitted by Bradley Foerster and Duaa Altaee. If they exist, records of this nature would be exempt from disclosure under FOIA Exemptions (b)(3), (b)(6), (b)(7)(A) and/or (b)(7)(C). These exemptions exempt from mandatory disclosure records compiled for law enforcement proceedings, if disclosure could reasonably be expected to interfere with enforcement proceedings; or when lacking the subject's consent, or an overriding public interest, or to even officially acknowledge the existence of investigatory records of the type that pertain to an individual, could reasonably be expected to constitute an (clearly) unwarranted invasion of personal privacy.

Exemption (b)(3) permits the withholding of records when release is exempted by another statute, in this instance, The Inspector General Act.

Exemption (b)(6) permits the withholding of information that if released would constitute a clearly unwarranted invasion of personal privacy.

Exemption (b)(7)(A) permits the withholding of investigatory records compiled for law enforcement purposes when disclosure could reasonably be expected to interfere with enforcement proceedings

Exemption (b)(7)(C) permits the withholding of investigatory records compiled for law enforcement purposes when disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy.

There is no charge for FOIA services in this instance because billable fees are below the Department's $25 cost effective threshold.

If you have reason to believe that any denied portions should not be exempt from disclosure, you may appeal. Your appeal must be postmarked or electronically transmitted within 90 days from the date of this letter to the Deputy Agency Chief FOIA Officer, U.S. Department of Health and Human Services, Assistant Secretary for Public Affairs, FOI/Privacy Act Division, Suite 729H, 200 Independence Avenue, SW, Washington, DC 20201. Clearly mark both the envelope and your letter "Freedom of Information Act Appeal" or you may email your appeal to FOIARequest@hhs.gov.

In addition, you may contact our FOIA Requester Service Center at 202.619.2541 or FOIA@oig.hhs.gov, for any further assistance or to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov, telephone at 202.741.5770; toll free at 1.877.684.6448; or facsimile at 202.741.5769.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Sincerely,

Robin R. Brooks
Director
Freedom of Information

**HOTLINE DETAIL**

| **Hotline Number** | **Receive Date** | **Receive Time** | **Complaint Date** |
|---|---|---|---|
| L133132 | 07/15/2017 | 14:12:27 | 08/02/2017 |

| **Program Class** | **Program Category** |
|---|---|
| PHS | PHS-GRANTS/CONTRACTS |

| **Major Source** | **Sub Source** |
|---|---|
| INDIVIDUAL-KNOWN-UNAFFILIATED | NO KNOWN AFFILIATION |

| **HHS Org** | |
|---|---|
| NATIONAL INSTITUTES OF HEALTH | |

| **Project** | **Medic** |
|---|---|
| | NO |

| **Referral Date** | **Referred To** | **Response Date** |
|---|---|---|
| | | |

| **Analyst** | **Closing Date** | **Closing Action** |
|---|---|---|
| | 10/05/2017 | ADMINISTRATIVELY CLOSED - OTHER ACTION |

| **Follow-Up Date 1** | **Follow-Up Date 2** | **Agency Referred to by OPDIV** |
|---|---|---|
| | | |

Is complainant an HHS employee, contractor, or grantee?     NO
Does complainant consent to providing their information to HHS?     NO

**COMPLAINANTS**

| **Complainant** | **Confidential** |
|---|---|
| PETROU, MYRIA | NO |

**SUBJECTS**

| **Subject** | **Subject Type** |
|---|---|
| (b)(6), (b)(7)(C) | EMPLOYEE-GOVERNMENT GRANTEE |

**COMMENTS**

| **Comment** | **Redacted** |
|---|---|
| PETROU STATES "I HAVE BEEN A COINVESTIGATOR ON NIH GRANT ROINS082304 AT THE UNIVERSITY OF MICHIGAN. ONE OF THE PRINCIPAL INVESTIGATORS HAS NOT (b)(6), (b)(7)(C) FULFILLED THEIR CONTRACTUAL OBLIGATIONS WITH THE NIH AND HAS NOT PERFORMED ANALYSIS FOR 3+ YEARS DESPITE SALARY SUPPORT FOR NIH AND HIS ASSISTANTS FROM GRANTS." | NO |

# HOTLINE DETAIL

| CASES |
|---|
| |

| ECF Restriction List | | |
|---|---|---|
| **Employee** | **Date Added** | **Added By** |
| | | |

| SIR NUMBERS |
|---|
| |

| ECF | | | | |
|---|---|---|---|---|
| **Sequence** | **Document Type** | **Description** | **Hard Copy Location** | **Event Date** |
| 1-0 | HOTLINE RELATED DOCUMENT | ORIGINAL HOTLINE TIP | | 07/15/2017 |

# Exhibit C

January 31, 2018

**Re: Russian Investigation**

Dear Special Counsel Mueller,

We are writing to report that we have extensive information/testimony relating to links between the Trump team/government and Russia, including substantial testimony on Russian interference in the 2016 election.

This information was volunteered to us and our friend Duaa Altaee and by individuals with reported ties to the Trump team and Russia/Vladimir Putin.

This information corroborates the information provided by the Steele Dossier as well as additional events which have been reported in the news in the last several months. The information passed onto us also adds new elements/dimensions to currently publicly available information about the links between the Trump team and Russia, interference in the 2016 election and ongoing Russian interference in our democracy.

Part of the information relates to a racketeering network which launders Russian money through Cyprus to the United States and is involved in extensive criminal activities. The information we are in possession of has rendered us and Duaa Altaee huge targets for this racketeering network and we are constantly battling fabricated criminal allegations aimed to discredit us as well as significant adversities in all aspects of our lives.

We have already talked to our local FBI office in Detroit but wanted to also get in touch with you and your team.

We understand that this sounds like an incredible story. We asked the FBI agent we spoke to why would two physician-scientists provide false testimony to the FBI knowing what the penalties are for such false testimony? Answer: They would not. We have extensive documentation including recordings to back our statements. We are asking for you to give us a chance to perform our duties as citizens of this great country and allow us to provide our testimony, under oath, to your committee and share our evidence. We believe that this information can prove instrumental in protecting the electoral process and our democracy.

Sincerely,

Bradley Foerster MD PhD
630 Geddes Ridge Avenue
Ann Arbor, MI 48104
(734) 262-9209, bradleyfoerster75@gmail.com

Myria Petrou MA MB ChB MS
petroumyria75@gmail.com

(734) 709-4679

# Exhibit D

Deputy Attorney General Rod Rosenstein and Special Counsel Robert Mueller
US Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

May 18 2018

Dear Deputy Attorney General Rosenstein and Special Counsel Mueller,

We are writing to you to share some of the information that has been passed on to us regarding the Russian interference in the 2016 elections and associated collusion with the Trump campaign. We also want to report extensive attempts at discrediting us as witnesses through fabricated criminal allegations as well as other "general allegations" over the last 18 months, after this information was passed onto us.

We have met with an FBI officer in Detroit (Officer Bobbi) as well as FBI Officer Susan Lucas and OIG agent Tyson Howard at the Ann Arbor office and reported events that had occurred up to February/early March 2018.

We are writing to report that our colleague Dr. Paul Cronin, an associate professor in the Department of Radiology at the University of Michigan during numerous in-person conversations occurring in late August/September 2016 (obviously well before the public release of the Steele Dossier) predominantly to Bradley Foerster and our friend Ms Duaa Altaee, at the time a research coordinator at the University of Michigan gave the following information:

1. That Donald Trump was actively pursuing business interests in Russia prior to the election.
2. That Russia and specifically Putin had targeted Donald Trump for the five years preceding the 2016 Presidential Campaign. There was a quid pro quo agreement between Trump and Putin.
3. That Russian intelligence services and specifically Putin has Kompromat on Donald Trump including sex tapes from the Moscow Ritz Carlton.
4. That Donald Trump colluded with Russia, WikiLeaks, and Julian Assange to illegally obtain and disseminate damaging emails to the 2016 Clinton Campaign.
5. That Donald Trump/Trump Campaign colluded with Russian intelligence services to hack the 2016 election count and specifically targeted the Mid-Western states.
6. That Vice-President Mike Pence, House Speaker Paul Ryan, and Governor Rick Snyder were aware of the collusion between Donald Trump and Russia/Putin and supported it.
7. That Paul Cronin has somehow direct ties to Russia and Vladimir Putin and that is how he had this information.

Allison Cronin, Paul's twin sister was also present for most of these conversations.

Maria Petrou, Myria's mother returned from her 4 month stay in Cyprus to Ann Arbor Michigan in late September 2016. When in a casual conversation in October 2016 Myria,

BRF
5/18/18

MP
5/18/2018

Brad and Duaa asked Maria Petrou if she had ever been to Russia she had a visceral reaction and started yelling "Are you accusing me of being a Russian spy?" and turned around and said to all of us in a very disturbing tone " You think you are going to catch me? You will never catch me I am smarter than all of you combined". This is NOT typical behavior on the part of Maria Petrou.

In December 2016 and January 2017 Paul Cronin, in a series of phone call conversations to predominantly again Brad Foerster and Duaa Altaee said that, unbeknownst to us, Maria Petrou was a Russian agent with direct links to Vladimir Putin and she was laundering Russian money through Cyprus to the United States. Paul Cronin also claimed that Maria Petrou was running at least some of this fraudulent activity under Myria Petrou, given the one letter difference between their names.
Myria Petrou was pregnant at the time and in a family dispute with Maria Petrou who was opposed to the pregnancy. Neither Brad nor Myria have spoken to Maria Petrou since the end of December 2016.

On 1/23/2017 the first working day post Trump inauguration, Myria's parents Maria and Petros Petrou made false criminal claims of embezzlement to the Ann Arbor Police regarding their daughter Myria.

This resulted in over a year long criminal investigation, illegal search and seizures on accounts of Brad Foerster and Myria Petrou by the Ann Arbor police, and loss of our home with eviction as recently as 5/7/2018. The criminal investigation ended with no charges given the fabricated nature of the claims but it has resulted in tremendous damages and has put us at odds with local law enforcement and the court system which has shown inexplicable support to Maria Petrou and the Bank of Ann Arbor. Paul Cronin in subsequent conversations has said to us that a large part of the Russian money laundering occurs through Bank of Ann Arbor and PNC Bank both of which were part of the illegal search and seizures executed by the Ann Arbor police.

Paul Cronin has also provided graphic details regarding racketeering activity of this money laundering network which is not confined to financial crimes but also includes human trafficking and homicides. We have evidence and recordings of his testimony.

Furthermore, it is important to state that many of the details in this letter (although never the identity of the witness or the evidence) have now become public knowledge through litigation in order to protect our interests. Unfortunately, this has resulted in us (including Duaa Altaee) becoming an even bigger target for retaliation and discrediting. Maria Petrou consistently threatens and extorts us, including accusing us of putting our two young children at risk and claims that "we made ourselves a target by sticking our nose into political issues". Last week, we came across a listing of Maria Petrou at her 3672 Wellington Cross Address as a 43 year old female, which is close to Myria's age and which we are attaching to this letter, which supports Cronin's claims from over a year ago of Maria Petrou operating under Myria, a 42 year old assistant professor at the University of Michigan. Myria and Duaa have received death threats and there have been attempts on our lives.

We are also consistently accused re running a conspiracy with Duaa Altaee and having some (unknown to us) connection to the FBI or the CIA. We have no connection to these

BAK
5/13/18
MP
5/18/2018

agencies. Paul Cronin provided this information to us voluntarily without duress, blackmail or coercion. We reported these issues to the FBI after some of the Cronin testimony to us was substantiated by what became publicly available in recent months and when the behavior of Maria Petrou and the Bank of Ann Arbor as well as the Ann Arbor Police became impossible to explain without the context Cronin had provided in his conversations with us. Paul Cronin had claimed that he would come forward and testify when needed but he and his wife Aine Kelly have refused to do so recently (see attached text). Cronin told us that he gave false testimony to federal agents regarding his knowledge of the information included in this letter.

As a result of everything outlined above we are concerned for our safety and are fearful of returning to Michigan. We are currently in Southern California due to a family medical emergency.

As we mentioned before, we have extensive recordings and would really like to meet with your team and provide our testimony.

Thank you for your assistance and your service to this country.

Sincerely,

Myria Petrou and Bradley Foerster
Ann Arbor, MI
petroumyria75@gmail.com    (734) 709-4679
bradfoerster05@gmail.com    (734) 262-9209

# Exhibit E

Approved for use through 03/31/2020
OMB No. 0925-0002

Department of Health and Human Services, Public Health Service

# Official Statement Relinquishing Interests and Rights in a Public Health Service Research Grant

*(Return original to awarding unit)*

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed and completing and reviewing collection of information. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: NIH, Project Clearance Branch, 6705 Rockledge Drive MSC 7974, Bethesda, MD 20892-7974, ATTN: PRA (0925-0002). Do not return the completed form to this address.

03/12/2018 (date)

Name of Institution: Regents of the University of Michigan

Address (city and state): 3003 South State Street

Ann Arbor, MI 48109-1274

Principal Investigator: Bradley Foerster, M.D., Ph.D.

on Public Health Service grant number R01 NS082304

has expressed a desire to continue his/her research project at the

The University of Utah under the direction of MPI Robert C. Welsh

In view of the fact that we do not wish to nominate another principal investigator or continue the research project at this Institution, this is to signify our willingness to terminate this grant as of 4/30/18 (date) and to relinquish all claims to any unexpended and uncommitted funds remaining in the grant as of that date, as well as to all recommended future support of this project.

| Equipment Costing $5,000 or More Transferring with the Project *(itemize)* | Unexpended Balance — Estimated |
|---|---|
| 1. No equipment greater than $5,000 | The unexpended balance on termination date of 4/30/18 calculated on basis of total amount awarded for the grant year, will be approximately |
| 2. | |
| 3. | |
| 4. | $ 116804 direct cost |
| 5. | $ 58198 indirect cost. |
| 6. | |

*Use separate page for additional items.*

That portion of the estimated unexpended balance which has been received will be returned to the Public Health Service, upon request, with a final adjustment, if required, to be made after the grant account has been audited.

Official Authorized to Sign Application

Signature

Name and Title *(print or type)*

Craig Reynolds, Exec. Director, Office of Research and Sponsored Projects

**Privacy Act Statement.** The NIH maintains application and grant records as part of a system of records as defined by the Privacy Act: NIH 09-25-0036, *Extramural Awards and Chartered Advisory Committees (IMPAC 2)*, Contract Information (DCIS), and Cooperative Agreement Information, HHS/NIH: http://oma.od.nih.gov/ms/privacy/pa-files/0036.htm.

PHS 3734 (Rev. 06/15)